DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WILLIAM FENNELL PITMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-1710

_____

September 24, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Polk County; Michael P. McDaniel, Judge.

PER CURIAM.

Affirmed.  *See* § 775.082(9)(a)(3), Fla. Stat. (1999); Fla. R.

Crim. P. 3.172(i); *Richardson v. State*, 706 So. 2d 1349 (Fla. 1998);

*State v. Baker*, 874 So. 2d 643 (Fla. 2d DCA 2004); *Ellington v.*

*State*, 96 So. 3d 1131 (Fla. 1st DCA 2012); *State v. Garcia*, 923 So.

2d 1186 (Fla. 3d DCA 2006); *State v. Newmones*, 765 So. 2d 860 (Fla. 5th DCA 2000).

CASANUEVA, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.